UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS A. CAMEJO-RODRIGUEZ, | |
| Plaintiff, | Case No. C08-1611-TSZ-BAT |
| v. | |
| DEPARTMENT OF CORRECTIONS, et.al., | ORDER DISMISSING ACTION |
| Defendants. | |

The Court, having reviewed plaintiff's complaint, amended complaint, second amended complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation; and

(2) This action is DISMISSED.

(3) The Clerk of Court is directed to close the case and send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 13th day of May, 2009.

Thomas S. Zilly
United States District Judge

ORDER – 1